UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID STARLEY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLARKSVILLE-MONTGOMERY COUNTY ) <br> SCHOOL SYSTEM ) <br> ) <br> Defendant. | Case No. 3:12-cv-0465 <br><br> Judge Nixon |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on February 26, 2015.

KEITH THROCKMORTON, CLERK

s/ Hannah B. Blaney